1201 SIXTH AVE. CORP., Appellant, *v.* ALTOR GRILL & RESTAURANT, INC., Respondent.

Argued January 11, 1955; decided February 24, 1955.

*Herbert J. Wallenstein* for appellant.

*Harry Simon, Jerome I. Hyman* and *Jacob Maran* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.